# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

**UNITED STATES OF AMERICA**                              **VERDICT**

vs.                                                       CASE NUMBER:
                                                          **CRIMINAL M-08-419-3**

**SALVADOR GONZALEZ**


WE, THE JURY, FIND:

THE DEFENDANT_____**SALVADOR GONZALEZ**_____

_____*Guilty*_____ as to Count 1,
(Insert "Guilty" or "Not Guilty")

_____*Not Guilty*_____, as to Count 2,
(Insert "Guilty" or "Not Guilty")

as charged in the indictment.


_____                    _____8/6/09_____
FOREPERSON'S SIGNATURE                                    DATE