IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. M-08-419-3 |
| SALVADOR GONZALEZ | § § | |

### NOTICE OF APPEAL

Notice is hereby given that **SALVADOR GONZALEZ**, defendant in the above numbered styled cause, hereby appeals to the United States Court of Appeals for the 5th Circuit the sentencing entered in this action on the 27th day of October, 2009.

Respectfully submitted,

*Salvador Gonzalez* wp A²
PRO SE

## CERTIFICATE OF SERVICE

I, SALVADOR GONZALEZ, hereby certify that a true and correct copy of the above and foregoing document has been delivered to the United States Attorney's Office, 1701 W. Bus. Hwy 83, McAllen, Texas 78501 on this the 3rd day of November, 2009.

*Salvador Gonzalez*
PRO SE                              w/p A2